IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-2589-DDD-MEH | Date: | December 20, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                                                             *Counsel:*

DAVID HOFF,                                          Leah VanLandschoot

    Plaintiff,

v.

AMENDED AND RESTATED ANADARKO       Andrew Yeh
PETROLEUM CORP. CHANGE OF CONTROL
SEVERANCE PLAN, et al.,

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

---

**Court in session:**     10:19 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the parties' [ECF 14] *Proposed Scheduling Order In An ERISA Action*. The Court accepts the parties' proposed scheduling dates and will enter the *Scheduling Order* on the docket.

**Court in recess:**     10:21 a.m.     (Hearing concluded)
**Total time in Court:  00:02**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.