6/9/22, 9:32 AM

(9) Angela Knight | LinkedIn

 

 Home     My Network     Jobs

# Angela Knight · 3rd

Former Director Hr Systems and Benefits Administration at Occidental Petroleum Corp

 Occidental

Houston, Texas, United States · Contact info

189 connections

🔒 Message    More

## Activity

192 followers

Angela Knight commented on a post • 1d

Congratulations Jessica!

 216      24 comments

Show all activity →

## Experience

 **Director, HR Systems and Benefit Administration**
Occidental
2003 - Present · 19 yrs 6 mos

**Director, Corporate Payroll Services**
Occidental Petroleum Corp.

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:32 AM                                   (9) Angela Knight | LinkedIn

 

Home      My Network      Jobs

## Skills

### eopleSoft

Endorsed by Catalina Fernandez who is highly skilled at this

 Endorsed by 17 colleagues at Oxy

 21 endorsements

---

### HRIS

 20 endorsements

---

### Deferred Compensation

 Endorsed by 9 colleagues at Oxy

 12 endorsements

---

Show all 18 skills →

## Recommendations

**Received**      Given

### Nothing to see for now
Recommendations that Angela receives will appear here.

## Interests

**Companies**

 **Oxy**
488,345 followers

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:33 AM                              (9) Michele Oubre | LinkedIn

                                                 
                                                                    Home      My Network      Jobs



# Michele Oubre · 3rd

Vice President HR Strategy & Services at Occidental Petroleum
Corporation

- Occidental Petroleum Corporation

-  Indiana University of Pennsylvania

Houston, Texas, United States · Contact info

**184** connections

🔒 Message    More

## Activity

218 followers

### Michele hasn't posted lately

Michele's recent posts and comments will be displayed here.

Show all activity →

## Experience

### Vice President HR Strategy & Services

Occidental Petroleum Corporation

Oct 2018 - Present · 3 yrs 9 mos

Houston, Texas Area

Drives consistent HR processes and practices across the corporation.
Includes unifying and leveraging core HR services and related data and

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

(9) Michele Oubre | LinkedIn

 

Home    My Network    Jobs

### Vice President - Human Resources

Aug 2010 - Present · 11 yrs 11 mos
Dallas/Fort Worth Area

Responsible for providing human resources leadership to OxyChem's business and functional areas in support of business objectives.

### Director - Human Resources

Jul 2007 - Sep 2010 · 3 yrs 3 mos



### Human Resources Manager

Occidental Chemical Corporation (OxyChem)
Apr 1993 - Jul 2007 · 14 yrs 4 mos

Responsible for the effective management of plant human resources function at multiple manufacturing plants during this time frame.

## Education



### Indiana University of Pennsylvania

BS degree, Safety Management
1983 - 1987

Activities and societies: Member of American Society of Safety Engineers

## Recommendations

**Received**    Given



**Carrie Grosh** · 3rd
Director Human Resources at Occidental Chemical Corporation
October 9, 2008, Carrie worked with Michele on the same team

Michele is a dedicated, energetic and incredibly knowledgable colleague. She is detail oriented, has creative ideas and has the proven ability to initiate change within the organization. She is a wonderful person to work with and an asset to the organization.

## Interests

Companies    Groups    Schools

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:33 AM                                    (9) Michele Oubre | LinkedIn





Anadarko Petroleum Corporation
281,299 followers

Oxy
488,346 followers

Show all 4 companies →

                             
                                                                   Home    My Network    Jobs

## Jim Tally · 3rd

Vice President Compensation & Benefits at Oxy

-  Oxy
-  The University of Tulsa

Houston, Texas, United States · Contact info

500+ connections

Connect    More

## About

Human Resources business partner with 20+ years in the oil & gas industry.

Specialties: Compensation benchmarking & design, short and long term pay for
performance programs, expatriate programs, new country entry, local national payroll

## Activity

547 followers

### Jim hasn't posted lately
Jim's recent posts and comments will be displayed here.

Show all activity →

## Experience

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

 

Home    My Network    Jobs

26 yrs 4 mos

### Vice President Compensation and Benefits

Jan 2019 - Present · 3 yrs 6 mos
Houston, Texas Area

Provide leadership and strategic direction for the company's broad-based
and executive compensation programs, HRIS, and health, welfare, and

### Vice President Human Resources - Int'l

Jan 2015 - Dec 2018 · 4 yrs
Abu Dhabi, United Arab Emirates

Strategic HR Business partner providing functional leadership for Oxy's HR
teams in the Middle East, North Africa, Latin America, and for the Houston-

### HR Director - International

May 2011 - Dec 2014 · 3 yrs 8 mos
Houston, Texas

Business partner with senior management, providing HR functional
leadership for Oxy's HR departments at our foreign locations; lea ...see more

Show all 10 experiences →

 ### Lieutenant JG

US Navy
May 1991 - Sep 1994 · 3 yrs 5 mos
San Diego, Long Beach, Persian Gulf, Red Sea

Lead a division of 12-15 mechanical techs in the auxiliaries engieering
department on a Spruance class destroyer.

## Education

 ### The University of Tulsa
MA, Industrial & Organizational Psychology
1994 - 1995

 ### University of Oklahoma
BA, Psychology
1987 - 1991

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

 

Home    My Network    Jobs

PC North

## Skills

### Workforce Planning

 Endorsed by 9 colleagues at Oxy

 22 endorsements

### Deferred Compensation

 Endorsed by 12 colleagues at Oxy

 20 endorsements

### Personnel Management

 Endorsed by 7 colleagues at Oxy

22 16 endorsements

Show all 14 skills →

## Languages

Spanish

## Interests

Companies    Groups    Schools

 **The University of Tulsa**
52,256 followers

 **University of Oklahoma**
207,475 followers

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:31 AM                              (9) Experience | Jim Tally | LinkedIn

 

 Home    My Network    Jobs

**Jim Tally**
Vice President Compensation & Benefits at Oxy

More   Connect

---

 ← **Experience**

 **Oxy**
26 yrs 4 mos

### Vice President Compensation and Benefits
Jan 2019 - Present · 3 yrs 6 mos
Houston, Texas Area

Provide leadership and strategic direction for the company's broad-based
and executive compensation programs, HRIS, and health, welfare, and
retirement benefit plans.

### Vice President Human Resources - Int'l
Jan 2015 - Dec 2018 · 4 yrs
Abu Dhabi, United Arab Emirates

Strategic HR Business partner providing functional leadership for Oxy's HR
teams in the Middle East, North Africa, Latin America, and for the Houston-
based Global Mobility team.

### HR Director - International
May 2011 - Dec 2014 · 3 yrs 8 mos
Houston, Texas

Business partner with senior management, providing HR functional
leadership for Oxy's HR departments at our foreign locations; lead a team
responsible for benchmarking, design, and implementation of expatriate
comp/benefit programs and policies; lead a team providing HR generalist
support to Oxy's Drilling function, Major Projects department, and
International Business Development function.

### Compensation Manager
Sep 2008 - May 2011 · 2 yrs 9 mos
Houston, Texas

Business partner with senior management, centralized and lead the global
compensation function for Oxy. Lead a team of compensation professionals
responsible for benchmarking, designing, and implementing
compensation programs for Oxy's oil & gas, chemicals, and shared services
divisions, domestically and internationally.

6/9/22, 9:31 AM

(9) Experience | Jim Tally | LinkedIn

 

Home          My Network          Jobs

Bakersfield, California

Management team member and business partner, provided strategic vision for all aspects of human resources for the Elk Hills asset.

### Compensation & Expat Programs Manager
Oct 2002 - Apr 2006 · 3 yrs 7 mos
Houston, Texas

Lead a team responsible for benchmarking, design, and administration of Oxy's compensation and expatriate programs for the oil & gas and shared services divisions.

### HR Supervisor
Aug 2001 - Sep 2002 · 1 yr 2 mos
Quito, Ecuador

One year temporary assignment leading the HR department in Ecuador. In addition to general HR department management, during the construction phase of the Eden Yuturi facilities worked with Operations Department to develop new organization design for two fields, which involved management of change assessment and recruitment of 50+ field technicians with development plans in place prior to start up of Eden Yuturi operations.

### International HR Advisor
Oct 2000 - Jul 2001 · 10 mos
Houston, Texas

A nine month temporary assignment as headquarters HR Generalist providing support to Oxy's worldwide Engineering Department and acting as primary contact for expatriate assignments for all of Oxy's foreign locations.

### Head of Human Resources
Jan 1997 - Sep 2000 · 3 yrs 9 mos
Doha, Qatar

Lead a team responsible for local payroll employee recruiting along with benchmarking, design, implementation, and administration of local payroll compensation and benefits programs. Lead a team responsible for relocation, immigration, and expatriate administration.

### HR Specialist - Int'l
Mar 1996 - Dec 1996 · 10 mos
Bakersfield, California

Provided HR Generalist support for Oxy's worldwide Exploration function.

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:31 AM (9) Experience | Jim Tally | LinkedIn

 

Home    My Network    Jobs

 **Lieutenant JG**
US Navy
May 1991 - Sep 1994 · 3 yrs 5 mos
San Diego, Long Beach, Persian Gulf, Red Sea

Lead a division of 12-15 mechanical techs in the auxiliaries engieering department on a Spruance class destroyer.

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

3/3

6/9/22, 9:34 AM                                    (9) Mark Grommesh | LinkedIn

                                       
                                                                            Home      My Network      Jobs



## Mark Grommesh · 3rd

VP BD & Joint Ventures, U.S. Onshore Resources and Carbon Management
at Occidental

 Occidental

Houston, Texas, United States · Contact info

500+ connections

[🔒 Message]   [More]

## About

Last Five Years:
Current: VP Joint Ventures, U.S. Onshore Resources and Carbon Management
President, Permian Resources Midland Basin BU
President and General Manager, Permian Resources Midland Basin BU      ...see more

## Activity
545 followers

Mark Grommesh commented on a post • 1w

Congratuations

 1,203                                    194 comments • 20 shares

Mark Grommesh commented on a post • 2w

Congratulations! Very happy for you.

 373

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

 

Home   My Network   Jobs

## Experience



**Occidental**
23 yrs 9 mos

**VP BD & Joint Ventures, U.S. Onshore Resources and Carbon Management**
Full-time
Jan 2021 - Present · 1 yr 6 mos
Houston, Texas, United States

**VP Joint Ventures, U.S. Onshore Resources and Carbon Management, Occidental Oil & Gas**
Full-time
Dec 2020 - Jan 2021 · 2 mos
5 Greenway Plaza, Houston Texas 77046

**President, Permian Resources Midland Basin BU**
Full-time
Aug 2019 - Nov 2020 · 1 yr 4 mos

Show all 14 experiences →

**Geologist / Geophysicist**
Hugoton Energy
Jan 1989 - Jul 1998 · 9 yrs 7 mos
Wichita, Kansas Area

## Education



**Wichita State University**
Bachelor of General Studies, Business/Science



**Wichita State University**
Masters of Science, Geology



**Wichita State University**

6/9/22, 9:34 AM                                      (9) Mark Grommesh | LinkedIn

 

Home      My Network      Jobs

**Licenses & certifications**



**Certified Petroleum Geologist**
American Association of Petroleum Geologists (AAPG)
Issued Jun 1995 · No Expiration Date
Credential ID 5719

## Skills

### Geology

 Endorsed by Satyaki Ray and 2 others who are highly skilled at this

 Endorsed by 16 colleagues at Oxy

 21 endorsements

### Petroleum Geology

 Endorsed by Satyaki Ray who is highly skilled at this

 Endorsed by 11 colleagues at Oxy

 15 endorsements

### Geophysics

 Endorsed by Donnie Enns who is highly skilled at this

 Endorsed by 11 colleagues at Oxy

 15 endorsements

Show all 16 skills →

## Interests

Companies      Schools

 **No Borders Houston**
235 followers

 **RBC Capital Markets**

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

https://www.linkedin.com/in/mark-grommesh-330a6463/                                3/6

                                       
                                                                 Home    My Network    Jobs

 **Mark Grommesh**                            
VP BD & Joint Ventures, U.S. Onshore Resources and Carbo...      More      🔒 Message

---

  # Experience

 **Occidental**
23 yrs 9 mos

### VP BD & Joint Ventures, U.S. Onshore Resources and Carbon Management
Full-time
Jan 2021 - Present · 1 yr 6 mos
Houston, Texas, United States

### VP Joint Ventures, U.S. Onshore Resources and Carbon Management, Occidental Oil & Gas
Full-time
Dec 2020 - Jan 2021 · 2 mos
5 Greenway Plaza, Houston Texas 77046

### President, Permian Resources Midland Basin BU
Full-time
Aug 2019 - Nov 2020 · 1 yr 4 mos

### President and General Manager, Permian Resources Midland Basin BU
Feb 2017 - Jul 2019 · 2 yrs 6 mos
5 Greenway Plaza, Houston Texas 77046

### Managing Director Colombia Growth Initiative
Apr 2016 - Jan 2017 · 10 mos
Houston, Texas

### Division Manager, Mid-Continent Business Unit
Feb 2015 - Mar 2016 · 1 yr 2 mos
Houston, Texas Area

### Asset Manger, Mid-Continent Business Unit
Jan 2013 - Jan 2015 · 2 yrs 1 mo
Houston, TX

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

(9) Experience | Mark Grommesh | LinkedIn

 

Home   My Network   Jobs

Williston Basin Development and Exploration
West Virginia Exploration
Marcellus
Greenbriar and Nichoas Counties, West VA
Interpretation of 128 sq mile 2011 3D
Also had the role of exploration geologist for this project working with partner
Managed the acquistion and processing of the 3D

### International Exploration, Lead Geoscientist

Jan 2009 - Mar 2011 · 2 yrs 3 mos
Houston, Texas Area

Lead Geoscientist International Exploration
Exploration Projects in Oman, Bahrain, Qatar, Libya, Lebanon, Colombia, Peru
Oman - Geophysical interpretation of deep gas potential
Lebanon - Geophysical interpretation of deep offshore gas potential
Bahrain - Geophyscial interpretation of offshore exploration potential
Qatar - Study of offshore opportunities. Study was integrated with Bahrain
Libya - Geophysical interpretation targeting exploration potential in the Murzuk Basin
Colombia - Interpretation of structural and stratigarphic targets in the Llanos Basin
Peru - Interpretation/Study of onshore and offshore blocks

### Exploration Manager, Mid-Continent

Jan 2008 - Jan 2009 · 1 yr 1 mo
Houston, Texas Area

Managed all exploration, exploitation and development project in Kansas, Oklahoma, Colorado, Texas and Utah.

### Senior Geophysicist West Africa New Ventures, Nigeria

Jan 2005 - Jan 2008 · 3 yrs 1 mo
Houston, Texas Area

Nigeria - Interpretation of offshore exploration potential across multiple 3Ds and regional 2D grid
Interpretation and study of exploration and development potential on two deepwater blocks

West Africa - Reviewed multiple exploration and development opportunities

### Exploration Manager Peru

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:35 AM                                (9) Experience | Mark Grommesh | LinkedIn

 

                                                        Home      My Network      Jobs

Blocks 64 (Situche) and 101. Worked with BD to secure Block 103.

### Chief Geophysicist Ecuador

May 2000 - Oct 2003 · 3 yrs 6 mos

Quito, Ecuador

Block 15. In addition worked with BD to secure additional black not only in
Ecuador but other South American countries.

### Geophysicist - Mid Continent Group

Oct 1998 - May 2000 · 1 yr 8 mos

Houston Texas

Interpretation of multiple 3D. Teamed with a geologist drilled a number of
wells (~30 wells) looking for Miss Chester channels, Penn Morrow channels
and Miss St Louis oolitic shoals. Oversaw the acquisition of two new 3Ds
during that time period in Kansas and Oklahoma.

### Geologist / Geophysicist

Hugoton Energy

Jan 1989 - Jul 1998 · 9 yrs 7 mos

Wichita, Kansas Area

 

Home   My Network   Jobs



# Melissa Matteson Jenkins, CCP · 3rd

Manager Executive Compensation & Equity at Oxy

- Occidental
- The University of Texas at Austin

Houston, Texas, United States · **Contact info**

**500+ connections**

🔒 Message    More

## Activity

906 followers

**Melissa hasn't posted lately**
Melissa's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Occidental**
10 yrs 5 mos

**Manager Executive Compensation & Equity**
Aug 2021 - Present · 11 mos

**Sr. Compensation Consultant, Executive Compensation**
Mar 2021 - Aug 2021 · 6 mos

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:35 AM                                    (9) Melissa Matteson Jenkins, CCP | LinkedIn

                                                     Home    My Network    Jobs

Oct 2016 - Mar 2021 · 4 yrs 6 mos

Show all 5 experiences →

**Kindergarten Teacher**
Yellowstone Academy
Aug 2009 - Jan 2012 · 2 yrs 6 mos

## Education

 **The University of Texas at Austin**
BS, Applied Learning and Development
2005 - 2009

Minor: Business

**Episcopal High School**
2001 - 2005

## Licenses & certifications

 **Certified Compensation Professional (CCP)**
WorldatWork
Issued Jun 2019 · Expired Jun 2022

## Skills

### Onboarding

 Endorsed by Katie Austin, MBA, PHR who is highly skilled at this

 Endorsed by 7 colleagues at Oxy

 11 endorsements

### Microsoft Office

 Endorsed by 7 colleagues at Oxy

 10 endorsements

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:35 AM                                    (9) Melissa Matteson Jenkins, CCP | LinkedIn

 

Home    My Network    Jobs



 Endorsed by 6 colleagues at Oxy

 8 endorsements

Show all 14 skills →

## Interests

**Influencers**    Companies    Groups    Schools

 **Gretchen Rubin** [in] · 3rd
Bestselling writer about habits and happiness at gretchenrubin.com
3,022,784 followers

 **Brené Brown** [in] · 3rd
University of Houston + University of Texas at Austin | Researcher.
Storyteller. Courage-builder.
3,571,511 followers

Show all 8 influencers →

6/9/22, 9:36 AM                    (9) Experience | Melissa Matteson Jenkins, CCP | LinkedIn

                       
Home    My Network    Jobs

 **Melissa Matteson Jenkins, CCP**
Manager Executive Compensation & Equity at Oxy          More     🔒 Message

 ## Experience

 **Occidental**
10 yrs 5 mos

**Manager Executive Compensation & Equity**
Aug 2021 - Present · 11 mos

**Sr. Compensation Consultant, Executive Compensation**
Mar 2021 - Aug 2021 · 6 mos

**Compensation Consultant, Executive Compensation**
Oct 2016 - Mar 2021 · 4 yrs 6 mos

**Senior Compensation Analyst, Executive Compensation**
Aug 2014 - Oct 2016 · 2 yrs 3 mos
Houston, TX

**University Relations Specialist**
Feb 2012 - Aug 2014 · 2 yrs 7 mos
Houston, Texas

---

**Kindergarten Teacher**
Yellowstone Academy
Aug 2009 - Jan 2012 · 2 yrs 6 mos

**Linked**in

| About | Accessibility | Talent Solutions | ❓ Questions? | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. | English (English) |
| Privacy & Terms ⌄ | Ad Choices | Advertising | ⚙️ Manage your account and privacy | |
| Sales Solutions | Mobile | Small Business | Go to your Settings. | |
| Safety Center | | | | |

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

(9) Experience | Melissa Matteson Jenkins, CCP | LinkedIn

 

Home     My Network     Jobs

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:37 AM                                    Madelaine Pfahler | LinkedIn

 

Home   My Network   Jobs



## Madelaine Pfahler (She/Her) · 3rd
Benefits, Well-Being and HR Leader

-  Occidental
- University of Michigan

Houston, Texas, United States · Contact info

500+ connections

🔒 Message    More

## About

Experienced benefits, compensation and HR leader with successful experience in strategic planning, mergers and acquisitions, qualified and non-qualified plan administration and management, health and welfare plan management, executive benefits and compensation, HR intranet development and management, ...see more

## Activity
1,015 followers

**Madelaine Pfahler** posted this · 2mo

We are still looking to fill this position in Tulsa. Do you enjoy retirement plan administration? Have you had experience working on 401(k) plans? We'... ...show more

 **Retirement/Defined Contribution Benefits Analyst**
Job by Oxy
Tulsa, Oklahoma, United States

 29

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

https://www.linkedin.com/in/madelaine-pfahler-4a7b/                                    1/7

Madelaine Pfahler | LinkedIn

 

Home    My Network    Jobs

## Experience



### Occidental
16 yrs 6 mos

### Director Benefits and Well-Being
Full-time
Jul 2021 - Present · 1 yr
Houston, Texas, United States

As the Director of Benefits and Well-being, Madelaine has overall responsibility for Oxy's health and welfare and retirement and savings

### Director Benefits Planning and Communication
Jun 2016 - Present · 6 yrs 1 mo
Houston, Texas Area

### Manager Benefit Planning and Communication
Oct 2014 - Jun 2016 · 1 yr 9 mos
Houston, Texas Area

Responsible for the planning and development of Oxy's benefit plans and for the communication of benefit, compensation and other HR information

Show all 6 experiences →



### Recruiter
Zend
Jun 2005 - Oct 2005 · 5 mos

Recruit on a consulting basis for a growing technology company.

### Director of Operations
KnowNow, Inc.
Jan 2001 - May 2005 · 4 yrs 5 mos

Managed all aspects of staffing, benefits, stock administration and day to day operations of tech company during both growth and downsizing

### Operations Manager
iPal
Mar 2000 - Jan 2001 · 11 mos

Managed day to day operations of the content team.

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

 

Home     My Network     Jobs

## Education



### University of Michigan
ABD, Health Care Policy and Political Science
1993 - 1999



### University of Wisconsin-Madison
BA, International Relations
1986 - 1990

Activities and societies: University of Wisconsin Crew Team

### Semester at Sea
NA
1988 - 1988

Activities and societies: Semster at Sea Spring 1988 Voyage

## Licenses & certifications



### DDI Certified Trainer
DDI | Development Dimensions International

## Skills

### Succession Planning

 Endorsed by 13 colleagues at Oxy

 23 endorsements

### Executive Pay

 Endorsed by 5 colleagues at Oxy

 16 endorsements

### Workforce Planning

 Endorsed by 7 colleagues at Oxy

12 endorsements

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:37 AM
Madelaine Pfahler | LinkedIn

 

Home    My Network    Jobs

## Recommendations

**Received**    Given

### Nothing to see now
Recommendations that Madelaine receives will appear here.

## Publications

### Legislatures and Statutory Control of Bureaucracy

American Journal of Political Science, Vol. 45, No. 2 (Apr., 2001), pp. 330-345 · Apr 1, 2001

Show publication ⬀

**Other authors**

## Interests

**Influencers**    Companies    Groups    Schools

 **Reid Hoffman** in · 3rd
Entrepreneur. Product and Business Strategist. Investor. Podcaster.
2,605,379 followers

 **Gretchen Rubin** in · 3rd
Bestselling writer about habits and happiness at gretchenrubin.com
3,022,784 followers

Show all 18 influencers →

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:38 AM                           (9) Experience | Madelaine Pfahler | LinkedIn

                                       
                                                                              Home      My Network    Jobs

 **Madelaine Pfahler** (She/Her)            [ More ]   [ 🔒 Message ]
Benefits, Well-Being and HR Leader

---

   ## Experience

   ### Occidental
       16 yrs 6 mos

### Director Benefits and Well-Being
Full-time
Jul 2021 - Present · 1 yr
Houston, Texas, United States

As the Director of Benefits and Well-being, Madelaine has overall responsibility for Oxy's health and welfare and retirement and savings benefits plans as well as Oxy's well-being, executive benefits, voluntary benefits, PTO and Time Away programs. Additionally, she leads all benefits related communication and oversees the company's HR intranet portal.

In her role, Madelaine ensures that the company's values are reflected in the programs and policies that impact Oxy's employees and their families. She led the development of Oxy's Time-Away Program in 2019, including the introduction of paid Family Care Leave. From 2019 to 2021, she focused on the on the harmonization of benefit programs after Oxy's acquisition of Anadarko.

Madelaine joined Oxy in 2006 and has served in a succession of roles in benefits and as an HR generalist. She spent seven years with Oxy in Los Angeles, two years in Dallas and has been in Houston since 2015.

Prior to joining Oxy, she worked as an HR/Operations Director in Silicon Valley for an early stage Kleiner Perkins funded start-up where she wore multiple HR hats and was an independent recruiter for high-tech firms in the Bay area.

### Director Benefits Planning and Communication
Jun 2016 - Present · 6 yrs 1 mo
Houston, Texas Area

### Manager Benefit Planning and Communication
Oct 2014 - Jun 2016 · 1 yr 9 mos
Houston, Texas Area

Responsible for the planning and development of Oxy's benefit plans and

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1

6/9/22, 9:38 AM
(9) Experience | Madelaine Pfahler | LinkedIn

 

Home    Mv Network    Jobs

### Human Resources Manager for OxyChem

May 2013 - Oct 2014 · 1 yr 6 mos

Dallas/Fort Worth Area

Provide HR support to the Supply Chain, Vinyls and Legal business units for Occidental Chemical Corporation in Dallas, Texas.

### Manager, Corporate Retirement Plans

Jan 2008 - May 2013 · 5 yrs 5 mos
Greater Los Angeles Area

Manage the day to day operations, plan administration and regulatory compliance of Oxy's defined contribution and non-qualified deferred compensation plans.

### Manager, Executive Benefits

Jan 2006 - Jan 2008 · 2 yrs 1 mo

Manage Oxy's non-qualified executive benefit plans.

 ### Recruiter
Zend
Jun 2005 - Oct 2005 · 5 mos

Recruit on a consulting basis for a growing technology company.

### Director of Operations
KnowNow, Inc.
Jan 2001 - May 2005 · 4 yrs 5 mos

Managed all aspects of staffing, benefits, stock administration and day to day operations of tech company during both growth and downsizing periods.

### Operations Manager
iPal
Mar 2000 - Jan 2001 · 11 mos

Managed day to day operations of the content team.

PLAINTIFF'S OPENING BRIEF - EXHIBIT 1