IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DAVID B. HOFF<br><br>    Plaintiff,<br><br>v.<br><br>AMENDED AND RESTATED ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE<br><br>    Defendants. | Civil Action No. 1:21-CV-02589-DDD-MEH |

## MOTION FOR DETERMINATION

Defendants Amended and Restated Anadarko Petroleum Corporation Change of Control Severance Plan ("Plan") and Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee ("Committee") (collectively "Defendants") hereby submit this Motion for Determination as follows:

1. Plaintiff David Hoff filed his Opening Brief on the Merits on August 30, 2022.  D.E. 30.

2. Defendants Filed their Response Brief on the Merits on September 16, 2022. D.E. 31.

3. Plaintiff David Hoff filed his Reply Brief on the Merits on September 30, 2022.  D.E. 32.

4. Defendants Filed their Sur-Reply on November 7, 2022. D.E. 39.

5. Briefing in the case is complete.

6. Defendants move for a determination accordingly.

133336856.1

- 1 -

- 2 -

Dated: November 7, 2022    Respectfully submitted,

*/s/ Shauna Johnson Clark*

 Shauna Johnson Clark
 Texas State Bar No. 00790977
 shauna.clark@nortonrosefulbright.com

 Kimberly F. Cheeseman
 Texas State Bar No. 24082809
 kimberly.cheeseman@nortonrosefulbright.com

 Andrew Yeh
 Texas State Bar No. 24098645
 andrew.yeh@nortonrosefulbright.com

Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:   (713) 651-5151
Facsimile:    (713) 651-5246

*Attorneys for Defendants*

- 3 -

CERTIFICATE OF SERVICE

       This pleading was served on the following opposing counsel via the Court's CM/ECF service in compliance with Rule 5 of the Federal Rules of Civil Procedure on November 7, 2022.

**Counsel for Plaintiff:**
Leah P. VanLandschoot, #35723
Amy M. Maestas, #46925
THE LITIGATION BOUTIQUE LLC
1720 S. Bellaire Street, Suite 520
Denver, Colorado 80222
T: 303.355.1942
F: 303.355.2199
lvanlandschoot@thelitbot.com
amaestas@thelitbot.com

                                             */s/ Andrew Yeh*
                                              Andrew Yeh