**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 7, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

DAVID HOFF,

    Plaintiff - Appellee,

v.

AMENDED AND RESTATED ANADARKO PETROLEUM CORP. CHANGE OF CONTROL SEVERANCE PLAN; ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE,

    Defendants - Appellants.

No. 23-1361
(D.C. No. 1:21-CV-02589-DDD-MEH)
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, **McHUGH**, and **ROSSMAN**, Circuit Judges.

---

This matter is before us on the parties' *Joint Stipulation for Dismissal of Appeal*, which we construe as a motion to voluntarily dismiss pursuant to Fed. R. App. P. 42(b). Upon consideration, the motion is granted. Appellants' petition for rehearing en banc is denied as moot. This appeal is dismissed. Each party will bear its own costs.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
Chief Deputy Clerk