UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

April 07, 2025

Kimberly Cheeseman
Shauna Johnson Clark
Andrew Allen Yeh
Norton Rose Fulbright
1550 Lamar Street, Suite 2000
Houston, TX 77010

Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Leah P. Vanlandschoot
Litigation Boutique
78 West 11th Avenue
Denver, CO 80204

Kristina M. Williams
Norton Rose Fulbright
2200 Ross Avenue, Suite 3600
Dallas, TX 75201

**RE:** 23-1361, Hoff v. Amended and Restated Anadarko Petroleum Corp., et al
Dist/Ag docket: 1:21-CV-02589-DDD-MEH

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                Sincerely,

                Christopher M. Wolpert
                Clerk of Court

CMW/sds